# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
NOV 1 8 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
THE APPLE MACBOOK AIR COMPUTER BELONGING TO KNOX COUNTY SCHOOLS )
WITH TAG TI31801 AND THE SAMSUNG S22 ULTRA CELLPHONE BELONGING TO )
ZACHARIA ALBABA CURRENTLY STORED AT KPD ICAC, 917 E 5TH AVENUE, )
KNOXVILLE, TENNESSEE 37915. Photographs and property descriptions are attached )
hereto as Attachment A and fully incorporated herein.

Case No. 3:22-MJ-1218

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
THE APPLE MACBOOK AIR COMPUTER BELONGING TO KNOX COUNTY SCHOOLS WITH TAG TI31801 AND THE SAMSUNG S22 ULTRA CELLPHONE BELONGING TO ZACHARIA ALBABA CURRENTLY STORED AT KPD ICAC, 917 E. 5TH AVENUE, KNOXVILLE, TENNESSEE 37915. Photographs and property descriptions are attached hereto as Attachment A and fully incorporated herein.

located in the _____Eastern_____ District of _____Tennessee_____ , there is now concealed *(identify the person or describe the property to be seized)*:
PLEASE SEE ATTACHMENT B, WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Attempted production of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. § 2242(b) | Enticing a minor to engage in unlawful sexual activity |

The application is based on these facts:
Please see the Affidavit of Investigator Tom Evans which is attached hereto and incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Thomas Evans*
Applicant's signature

Thomas Evans, KPD ICAC Investigator
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/26/2022

*Debra C. Poplin*
Judge's signature

City and state: Knoxville, Tennessee

Debra C. Poplin, United States Magistrate Judge
Printed name and title